UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61586-CIV-COHN/SELTZER

JANET HOLLOWAY,

      Plaintiff,

v.

ROCCHIO TUNNEL MARKETPLACE
ENTERPRISES, LLC d/b/a Valentino Cucina
Italiana and GIOVANNI ROCCHIO,

      Defendants.

_____/

## ORDER APPROVING SUBSTITUTION OF COUNSEL

**THIS CAUSE** is before the Court upon Defendants' Notice of Substitution of Counsel [DE 21] ("Notice"). The Court has reviewed the Notice and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that Defendants' Notice of Substitution of Counsel [DE 21] is **APPROVED**. Scott Mager, Esq., is hereby substituted as counsel of record for Defendants Rocchio Tunnel Marketplace Enterprises, LLC d/b/a Valentino Cucina Italiana, and Giovanni Rocchio. It is further

**ORDERED AND ADJUDGED** that Paul O. Lopez, Esq., is hereby relieved of any further obligations to Defendants in this matter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of October, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF