UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61586-CIV-COHN/SELTZER

JANET HOLLOWAY,

    Plaintiff,

v.

ROCCHIO TUNNEL MARKETPLACE
ENTERPRISES, LLC d/b/a Valentino
Cucina Italiana, and GIOVANNI
ROCCHIO,

    Defendants.
_____/

## VERDICT FORM

We, the Jury, return the following Verdict:

### QUESTION NO. 1 – TIP POOL VALIDITY

Do you find that the Defendants, Rocchio Tunnel Marketplace Enterprises, LLC d/b/a Valentino Cucina Italiana and Giovanni Rocchio, proved by a preponderance of the evidence that they operated a legally valid tip pool under the Fair Labor Standards Act?

YES __X__    NO _____

If your answer to Question 1 is YES, your verdict is for the Defendants, Rocchio Tunnel Marketplace Enterprises, LLC d/b/a Valentino Cucina Italiana and Giovanni Rocchio, and you should not proceed further except to date and sign this verdict form. If your answer to Question 1 is NO, please answer Question 2.

### QUESTION NO. 2 – STATUTE OF LIMITATIONS

Do you find that the Plaintiff, Janet Holloway, proved by a preponderance of the evidence that the Defendants, Rocchio Tunnel Marketplace Enterprises, LLC d/b/a Valentino Cucina Italiana and Giovanni Rocchio, either knew or showed reckless disregard for whether they operated an illegal tip pool under the Fair Labor Standards Act?

YES _____    NO _____

Please answer Question 3.

## QUESTION NO. 3 – COMPENSATORY DAMAGES

The Plaintiff, Janet Holloway, is entitled to receive $_____ as compensatory damages.

**SO SAY WE ALL**, this __11__ day of March, 2016.