UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61586-CIV-COHN/SELTZER

JANET HOLLOWAY,

    Plaintiff,

v.

ROCCHIO TUNNEL MARKETPLACE ENTERPRISES, LLC d/b/a Valentino Cucina Italiana, and GIOVANNI ROCCHIO,

    Defendants.
_____/

# **FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the receipt of the jury's verdict [DE 120]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendants Rocchio Tunnel Marketplace Enterprises, LLC d/b/a Valentino Cucina Italiana and Giovanni Rocchio and against Plaintiff Janet Holloway. Plaintiff Janet Holloway shall recover nothing from Defendants Rocchio Tunnel Marketplace Enterprises, LLC d/b/a Valentino Cucina Italiana and Giovanni Rocchio in this matter.

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of March, 2016.

                                                              _____
                                                              JAMES I. COHN
                                                              United States District Judge

Copies provided to:
Counsel of record via CM/ECF